UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HI-DESERT MEDICAL CENTER,<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　　Civ. Action No. 07-1000 (RBW)<br>)　　　ECF<br>)<br>)<br>)<br>)<br>) |

## **PRAECIPE**

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Megan L. Rose as counsel for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MEGAN L. ROSE, NC Bar # 28639
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 514-7220
　　　　　　　　　　　　　　　　　　(202) 514-8780 (fax)
　　　　　　　　　　　　　　　　　　Megan.Rose@usdoj.gov