# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HI-DESERT MEDICAL CENTER,            )<br>   Plaintiff,            )<br>           )<br>  v.            )<br>           )<br>MICHAEL O. LEAVITT,            )<br>Secretary, United States Department of            )<br>Health and Human Services,            )<br>           )<br>   Defendant.            ) | Civ. Action No. 1:07-1000 (RBW)<br>ECF |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action. Because the record is rather lengthy, the record has been filed in hard copy with the court and a copy served on opposing counsel.

        Respectfully submitted,

        /s/
        _____
        JEFFREY A. TAYLOR, D.C. Bar # 498610
        United States Attorney

        /s/
        _____
        MEGAN L. ROSE, NC Bar # 28639
        Assistant United States Attorney
        Judiciary Center Building
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 514-7220
        (202) 514-8780 (fax)
        Megan.Rose@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been delivered by City Express, this <u>10th</u> day of August, 2007, addressed to:

> Andrew L. Hurst
> Reed Smith LLP
> 1301 K Street, N.W.
> Suite 1000 – East Tower
> Washington, D.C. 20005

/s/
_____
Megan L. Rose
Assistant United States Attorney