# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HI-DESERT MEDICAL CENTER,        )<br>          Plaintiff,          )<br>                         )<br>     v.               )<br>                         )<br>MICHAEL O. LEAVITT,          )<br>Secretary, United States Department of   )<br>Health and Human Services,        )<br>                         )<br>          Defendant.          ) | Civ. Action No. 1:07-1000 (RBW)<br>ECF |

## NOTICE OF FILING OF ADMINISTRATIVE RECORD ON CD

Defendant, Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action on a CD. The administrative record on a CD has been filed with the court and a copy served on opposing counsel.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
_____
MEGAN L. ROSE, NC Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
Megan.Rose@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been delivered by City Express, this 14th day of August, 2007, addressed to:

>Andrew L. Hurst
>Reed Smith LLP
>1301 K Street, N.W.
>Suite 1000 – East Tower
>Washington, D.C. 20005

/s/
_____
Megan L. Rose
Assistant United States Attorney