UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HI-DESERT MEDICAL CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 07-cv-01000 (RBW) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT'S CONSENT MOTION TO SET A BRIEFING SCHEDULE AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to Fed. R. Civ. P 7(b), Defendant Michael O. Leavitt, Secretary of Health and Human Services, by and through undersigned counsel, hereby respectfully moves this Court to set a briefing schedule in this Administrative Procedure Act case. A proposed order consistent with this Motion is attached.

1.  Plaintiff Hi-Desert Medical Center filed its Complaint on June 1, 2007.

2.  Secretary Leavitt filed his Answer on August 10, 2007.

3.  On August 13, 2007, this Court issued its Order for Initial Scheduling Conference, setting an initial conference on October 5, 2007.

4.  Defendant respectfully submits that this case involves an "action for review on an administrative record" governed by the standards of the Administrative Procedure Act. See 42 U.S.C. § 1395oo(f)(1). Thus, the Secretary believes that, under Fed. R. Civ. P. 26(a)(1)(E)(i), (f) and Local Civil Rules 16.3(b)(1) and 26.2(a)(1), this case is exempt from: initial disclosure

requirements (Fed. R. Civ. P. 26(a)(1); Local Civil Rule 26.2(a)); general scheduling and planning requirements (Fed. R. Civ. P. 16(b); Local Civil Rule 16.3); and conference and discovery planning requirements (Fed. R. Civ. P. 26(f); Local Civil Rule 16.3).

5. Counsel for Defendant conferred with Plaintiff's counsel on August 30, 2007 and Plaintiff's counsel agrees that this case is exempt from the above-listed requirements.

6. The parties agree that, unless they are able to resolve this case by settlement, it could be resolved through dispositive motions, and discovery and trial will likely be unnecessary. Accordingly, counsel for the parties agreed upon the following proposed briefing schedule for cross-motions for summary judgment:

1) Hi-Desert Medical Center shall file and serve its motion and supporting memorandum on **November 16, 2007.**

2) The Secretary shall file and serve his motion and a single memorandum in support of his motion and in opposition to Hi-Desert's motion on **January 18, 2008.**

3) Hi-Desert shall file a single memorandum in opposition to the Secretary's motion and in reply to the Secretary's opposition to Hi-Desert's motion on **February 15, 2008**.

4) The Secretary shall file his memorandum in reply to Hi-Desert's opposition to his motion on **March 28, 2008**

WHEREFORE, the Secretary respectfully requests this Court's approval of the above-proposed briefing schedule for cross-motions in this case.

Respectfully submitted,

/s/
JEFFREY A TAYLOR
United States Attorney
D.C. Bar No. 498610

                                            /s/
                                            MEGAN L. ROSE
Assistant United States Attorney
N.C. Bar No. 28639
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

BRIDGETTE L. KAISER
D.C. Bar No. 492406
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services Division
330 Independence Avenue, SW
Cohen Building, Room 5309
Washington, D.C. 20201
(202) 205-5872 /FAX: (202) 260-0490

OF COUNSEL:

DANIEL MERON
General Counsel

MARK D. POLSTON
Acting Associate General Counsel

PAUL SOEFFING
Acting Deputy Associate General
Counsel for Litigation

United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HI-DESERT MEDICAL CENTER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 07-cv-01000 (RBW) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**<u>ORDER</u>**

Upon consideration of Defendant's Consent Motion to Set a Briefing Schedule and Memorandum of Authorities in Support Thereof, and the entire record herein, it is by the Court this ___ day of _____ 2007:

ORDERED that the parties shall file their briefs on cross-motions for summary judgment according to the following schedule:

1) Hi-Desert Medical Center shall file and serve its motion and supporting memorandum on **November 16, 2007.**

2) The Secretary shall file and serve his motion and a single memorandum in support of his motion and in opposition to Hi-Desert's motion on **January 18, 2008.**

3) Hi-Desert shall file a single memorandum in opposition to the Secretary's motion and in reply to the Secretary's opposition to Hi-Desert's motion on **February 15, 2008**.

4)  The Secretary shall file his memorandum in reply to Hi-Desert's opposition to his motion on **March 28, 2008**

_____
REGGIE B. WALTON
United States District Judge