UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| HI-DESERT MEDICAL CENTER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 07-CV-01000 (RBW) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services, | ) ) ) ) | |
| Defendant. | ) ) ) | |

**<u>PRAECIPE</u>**

The Clerk of this Court will please enter the appearance of Bridgette L. Kaiser for the Defendant Secretary of Health and Human Services in the above-captioned action.

      /s/
BRIDGETTE L. KAISER
D.C. Bar No. 492406
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for Medicare and Medicaid Services Division
330 Independence Avenue, SW
Cohen Building, Room 5309
Washington, D.C. 20201
(202) 205-5872 /FAX: (202) 260-0490