# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HI-DESERT MEDICAL CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary, United States Department of )<br>Health and Human Services, )<br>)<br>Defendant. ) | Civ. Action No. 07-1000 (RBW)<br>ECF |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Charlotte A. Abel as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 10, 2007             Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　MEGAN L. ROSE, NC Bar No. 28639

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　CHARLOTTE A. ABEL
　　　　　　　　　　　　　　　　　D.C. Bar No. 388582
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　(202) 307-2332