UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HI-DESERT MEDICAL CENTER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1000 (RBW) |
| MICHAEL O. LEAVITT, SECRETARY OF HEALTH AND HUMAN SERVICES | ) |
| Defendant. | ) |

**SCHEDULING ORDER**

The parties filed a Consent Motion to Set a Briefing Schedule on August 30, 2007. Based upon the parties' submission, it is on this 1st day of October, 2007, hereby **ORDERED** that

1. This case involves an action for review on an administrative record. Therefore, the parties will not be placed on the standard track.

2. The parties are exempt from initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

3. The plaintiff shall file its dispositive motion by November 16, 2007, the defendant shall file his opposition to the plaintiff's motion by January 18, 2008, and the plaintiff shall file its reply to the defendant's opposition by February 15, 2008.

4. The defendant shall file his dispositive motion by January 18, 2008, the plaintiff shall file its opposition to the defendant's dispositive motion by February 15, 2008, and the defendant shall file his reply to the plaintiff's opposition by March 28, 2008.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge