**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HI-DESERT MEDICAL CENTER,                           )<br>                                                                    )<br>                                                                    )<br>                          Plaintiff,                        )<br>                                                                    )<br>                                                                    )<br>             v.                                                 )<br>                                                                    )<br>MICHAEL O. LEAVITT,                                )<br>Secretary of Health and Human Services,  )<br>                                                                    )<br>                          Defendant.                     )<br>_____)  | Case No. 07-cv-01000 (RBW) |

**Defendant's Consent Motion for Enlargement of Time**

Defendant Michael O. Leavitt, the Secretary of Health and Human Services (the "Secretary" or "Defendant"), by and through his undersigned counsel, respectfully moves, pursuant to Federal Rule of Civil Procedure 6(b)(1), for an enlargement of time of 20 days, up to and including February 7, 2008, within which to file his motion for summary judgment and in opposition to Plaintiff's motion for summary judgment. In support of the instant motion, Defendant states as follows:

    1.  Plaintiff's Complaint seeks judicial review of a decision by the Secretary reviewing Plaintiff's request for certain Medicare reimbursement.

    2.  Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

    3.  Agency counsel and counsel for Plaintiff have begun discussions about a potential settlement of this matter. Counsel will use the requested additional time to fully explore the

possibility of settlement.

4. The Secretary's motion for summary judgment and in opposition to Plaintiff's motion for summary judgment is currently due by January 18, 2008. The Secretary respectfully requests an enlargement of time of 20 days, up to and including February 7, 2008, so that he may further pursue settlement of this matter.

5. Plaintiff's reply in support of its motion for summary judgment and memorandum in opposition to Defendant's motion for summary judgment is currently due February 15, 2008, and the Secretary's reply is currently due March 28, 2008. The Secretary requests that if the requested enlargement is granted, these filings instead be due 20 days later, on March 6, 2008 and April 17, 2008, respectively.

6. This is the first enlargement of time sought by Defendant in this matter.

7. On January 11, 2008, agency counsel conferred with Plaintiff's counsel with respect to the instant motion. Plaintiff's counsel stated that he consents to the motion.

8. This request is made in good faith and not for purposes of delay.

A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

                    /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372


Bridgette L. Kaiser
D.C. Bar No. 492406
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for the Medicare and Medicaid Division
330 Independence Ave., S.W.
Cohen Building, Room 5309
Washington, D.C. 20201
(202) 205-5872/FAX: (202) 401-1405

Of Counsel:

JAMES C. STANSEL
Acting General Counsel

CAROL J. BENNET
Acting Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
for Litigation

United States Department of
Health and Human Services

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HI-DESERT MEDICAL CENTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL O. LEAVITT, ) <br> Secretary of Health and Human Services, ) <br> ) <br> Defendant. ) <br> ) | Case No. 07-cv-01000 (RBW) |

### Order

Upon consideration of Defendant's Consent Motion for Enlargement of Time, and the entire record herein, it is, this _____ day of _____ 2008, hereby

ORDERED that

1) The Secretary shall file his motion for summary judgment and in opposition to Plaintiff's motion for summary judgment by **February 7, 2008**.

2) Plaintiff shall file its reply in support of its motion for summary judgment and memorandum in opposition to the Secretary's motion for summary judgment by **March 6, 2008**.

3) The Secretary shall file his reply to Plaintiff's opposition to his motion for summary judgment by **April 17, 2008**.

REGGIE B. WALTON
United States District Judge

Copy to: ECF Counsel