UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HI-DESERT MEDICAL CENTER )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary of Health and Human Services, )<br>)<br>Defendant. )<br>) | Case No. 1:07-cv-01000 (RBW) |

**Joint Motion for Enlargement**

Plaintiff Hi-Desert Medical Center and Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through undersigned counsel, respectfully move, pursuant to Federal Rule of Civil Procedure 6(b)(1) for an enlargement of time of 60 days, up to and including April 7, 2008, within which Plaintiff shall file its reply in support of its motion for summary judgment and in opposition to the Secretary's motion for summary judgment. In support of the instant motion, the parties state as follows:

1. Plaintiff's Complaint seeks judicial review of a decision by the Secretary reviewing Plaintiff's request for certain Medicare reimbursement.

2. Jurisdiction over this action is based on 42 U.S.C. § 1395oo(f)(1), which provides for judicial review of final decisions by the Secretary under the standards of the Administrative Procedure Act, 5 U.S.C. § 701 et seq.

3. The parties are pursuing a potential settlement of this matter. They will use the requested additional time to further explore these settlement negotiations.

4. Plaintiff's reply is currently due by March 6, 2008. The parties respectfully request an enlargement of time of 30 days, up to and including May 7, 2008 to further pursue settlement in this matter.

5. The Secretary's reply is currently due April 17, 2008. The parties request that, if the enlargement is granted, this filing instead be due 30 days later, on June 19, 2008.

6. This is the second enlargement of time sought in this matter. The Secretary previously sought one enlargement.

7. This request is made in good faith and not for the purposes of delay.

    A proposed order is attached.

Dated February 28, 2008                                    Respectfully submitted,

/s/
Andrew L. Hurst
D.C. Bar. #455471
Reed Smith LLP
1301 K Street, NW
Suite 1100-East Tower
Washington, D.C. 20005
(202) 414-9200

*Counsel for Plaintiff*

/s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

/s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372

/s/
Bridgette L. Kaiser
D.C. Bar No. 492406
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for the Medicare and Medicaid Division

2

                    330 Independence Ave., S.W.
                    Cohen Building, Room 5309
                    Washington, D.C. 20201
                    (202) 205-5872/FAX: (202) 401-1405

Of Counsel:

JAMES C. STANSEL
Acting General Counsel

JANICE HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
for Litigation

United States Department of
Health and Human Services

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HI-DESERT MEDICAL CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 07-cv-01000 (RBW) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the parties' joint motion for enlargement, and the entire record herein, it is this ____ day of _____, 2008,

ORDERED, that the Joint Motion for Enlargement is GRANTED; and it is further

ORDERED, that Plaintiff Hi-Desert Medical Center's reply in support of its motion for summary judgment and in opposition to Defendant's motion for summary judgment shall be filed by May 7, 2008; and it is further

ORDERED that Defendant's reply in support of his motion for summary judgment shall be filed by June 19, 2008.

REGGIE B. WALTON
United States District Judge