**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HI-DESERT MEDICAL CENTER, )<br>)<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary of Health and Human Services, )<br>)<br>Defendant. )<br>_____) | Case No. 1:07-cv-01000 (RBW) |

**JOINT MOTION FOR STAY OF PROCEEDINGS**

The parties to this action, by and through the undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 6(b)(1), for a stay of 60 days of the proceedings in order to conclude settlement of this action. In support of this motion, the parties state as follows:

1. According to the scheduling order currently in place, Plaintiff Hi-Desert Medical Center must file its memorandum in opposition to the Secretary's motion for summary judgment, and in reply to the Secretary's opposition to its motion for summary judgment, by May 7, 2008.

2. The parties have reached an agreement in principle to resolve this action without resort to further judicial intervention. Despite the parties' diligent efforts, it is apparent that they will not obtain requisite approvals from government officials to finalize their settlement agreement before Plaintiff's memorandum is due on May 7, 2008.

3. The parties believe that a stay of proceedings for a period of 60 days will allow them sufficient time to obtain the requisite approvals, execute a settlement agreement and move for

voluntary dismissal of this action, thereby obviating the need for the filing of further pleadings by the parties and conserving the time and resources of both the parties and the Court.

 Wherefore, the parties respectfully request that the Court grant a stay of proceedings pending a final settlement agreement for a period of 60 days, until July 7, 2008.

Dated: April 30, 2008          Respectfully submitted,

   /s/
Andrew L. Hurst
D.C. Bar. #455471
Reed Smith LLP
1301 K Street, NW
Suite 1100-East Tower
Washington, D.C. 20005
(202) 414-9200

*Counsel for Plaintiff*

   /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

   /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
N.Y. Reg. No. 4202982
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0372

   /s/
Bridgette L. Kaiser
D.C. Bar No. 492406
U.S. Department of Health and Human Services
Office of the General Counsel
Centers for the Medicare and Medicaid Division
330 Independence Ave., S.W.
Cohen Building, Room 5309
Washington, D.C. 20201
(202) 205-5872/FAX: (202) 401-1405


Of Counsel:
JAMES C. STANSEL
Acting General Counsel

JANICE HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
for Litigation

United States Department of
Health and Human Services

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HI-DESERT MEDICAL CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-cv-01000 (RBW) |
| ) | |
| MICHAEL O. LEAVITT, ) | |
| Secretary of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the parties' Joint Motion for Stay of Proceedings, and the entire record herein, and for good cause shown,

It is this ___ day of _____, 2008:

ORDERED that the proceedings in this action are hereby stayed for a period of 60 days, until July 7, 2008.

　
　
　REGGIE B. WALTON
　United States District Judge

Copy to:   ECF counsel