**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HI-DESERT MEDICAL CENTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-cv-01000 (RBW) |
| | ) |
| MICHAEL O. LEAVITT, | ) |
| Secretary of Health and Human Services, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

On June 10, 2008, this Court issued an order staying this case to allow the parties to pursue settlement, and requiring the parties to "file a joint status report on or before July 10, 2008, unless the plaintiff files a stipulated notice of dismissal or the parties file a stipulation of settlement prior to that time."

The parties have reached an agreement in principle regarding settlement and expect to file a stipulation of settlement and dismissal within the next several days. Although the parties had hoped to file the stipulation today, it has taken somewhat longer than expected for the agency to complete its approval process.

July 10, 2008                               Respectfully submitted,


| /s/ | /s/ |
|---|---|
| Andrew L. Hurst | JEFFREY A. TAYLOR |
| D.C. Bar. #455471 | United States Attorney |
| Reed Smith LLP | D.C. Bar No. 498610 |
| 1301 K Street, NW | |
| Suite 1100-East Tower | |
| Washington, D.C. 20005 | /s/ |
| (202) 414-9200 | CHRISTOPHER B. HARWOOD |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | N.Y. Reg. No. 4202982 |
| | Civil Division |
| | 555 Fourth Street, N.W. |
| | Washington, D.C. 20530 |
| | (202) 307-0372 |
| | |
| | /s/ |
| | Bridgette L. Kaiser |
| | D.C. Bar No. 492406 |
| | U.S. Department of Health and Human Services |
| | Office of the General Counsel |
| | Centers for the Medicare and Medicaid Division |
| | 330 Independence Ave., S.W. |
| | Cohen Building, Room 5309 |
| | Washington, D.C. 20201 |
| | (202) 205-5872/FAX: (202) 401-1405 |

<u>Of Counsel</u>:

THOMAS R. BARKER
Acting General Counsel

JANICE HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
for Litigation

United States Department of
Health and Human Services

*Counsel for Defendant*