**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HI-DESERT MEDICAL CENTER, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-cv-01000 (RBW) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| Secretary of Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION OF SETTLEMENT AND DISMISSAL**

THIS STIPULATION OF SETTLEMENT AND DISMISSAL is made between Hi-Desert Medical Center (Hi-Desert) and Defendant Michael O. Leavitt, Secretary of Health and Human Services ("the Secretary").

Hi-Desert, the operator of a hospital-based skilled nursing facility ("HB SNF"), sought an exception for atypical costs from the HB SNF routine cost limit ("RCL") for its Fiscal Year Ending ("FYE") June 30, 1995. The Centers for Medicare & Medicaid Services ("CMS") determined the amount of Hi-Desert's exception based on the policy announced in section 2534.5 of the Medicare Provider Reimbursement Manual ("PRM"). Pursuant to PRM § 2534.5, CMS awards exceptions to the RCL applicable to HB SNFs only to the extent that a given facility's costs exceed 112% of the mean per diem cost of HB SNFs.

Hi-Desert timely sought administrative review of the agency decision before the Provider Reimbursement Review Board ("PRRB"). The PRRB decided in favor of Hi-Desert, holding that it should have been awarded all of its costs above the RCL. The CMS Administrator reversed the PRRB decision, finding that CMS had properly reimbursed Hi-Desert for only those

costs in excess of 112% of the applicable mean per diem cost.  Hi-Desert sought judicial review.

The Secretary denies any liability to Hi-Desert based on its allegations in this litigation.

The parties wish to resolve the dispute that is the subject of this lawsuit.  Therefore, Hi-Desert and the Secretary, intending to be legally bound, hereby enter into the following Stipulation of Settlement and Dismissal ("Stipulation").

1.  The Secretary shall pay to Hi-Desert the sum of $124,912.80 in full and final satisfaction of all claims asserted in this matter concerning Hi-Desert's RCL exception request in connection with its FYE June 30, 1995 ("the 112% RCL exception issue"), interest related thereto, attorney's fees and all costs related to this litigation.

2.  The parties shall bear their own costs and attorney's fees.

3.  CMS shall make payment by check or by electronic funds transfer to Hi-Desert within forty-five (45) days of the execution of this Stipulation.

4.  Effective upon receipt of payment, Hi-Desert hereby releases the Secretary and his agents from all claims arising from or on account of the 112% RCL exception issue in connection with Hi-Desert's FYE  June 30, 1995.

5.  The parties agree that for the purpose of making the aforementioned payment, no notice of program reimbursement for Hi-Desert's cost-reporting period ending June 30, 1995 shall be reopened and the cost report for this fiscal year shall not be re-examined with respect to the 112% RCL exception issue.

6.  Nothing in this Stipulation shall be construed as preventing the Secretary from reopening any cost report on the basis of reliable evidence of fraud or similar fault, as provided in Medicare regulations.

7.  The Stipulation does not constitute an admission of fact or law by either party and shall in no way affect any rights, claims, duties or obligations the parties may have with respect to any other issues not covered by this Stipulation.

8.  Pursuant to this Stipulation, Hi-Desert agrees that this action will be dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(2), except that either party may bring an action to enforce the terms of this Stipulation.

Dated: July 15, 2008                          Respectfully submitted,


     /s/                                             /s/
Andrew L. Hurst                               JEFFREY A. TAYLOR
D.C. Bar. #455471                             United States Attorney
Reed Smith LLP                                D.C. Bar No. 498610
1301 K Street, NW
Suite 1100-East Tower
Washington, D.C.  20005                            /s/
(202) 414-9200                                CHRISTOPHER B. HARWOOD
                                              Assistant United States Attorney
*Counsel for Plaintiff*                       N.Y. Reg. No. 4202982
                                              Civil Division
                                              555 Fourth Street, N.W.
                                              Washington, D.C.  20530
                                              (202) 307-0372

                                    _____/s/_____
                                    Bridgette L. Kaiser
                                    D.C. Bar No. 492406
                                    U.S. Department of Health and Human Services
                                    Office of the General Counsel
                                    Centers for the Medicare and Medicaid Division
                                    330 Independence Ave., S.W.
                                    Cohen Building, Room 5309
                                    Washington, D.C. 20201
                                    (202) 205-5872/FAX: (202) 401-1405


                                    Of Counsel:

                                    THOMAS R. BARKER
                                    Acting General Counsel

                                    JANICE HOFFMAN
                                    Associate General Counsel

                                    MARK D. POLSTON
                                    Deputy Associate General Counsel
                                    for Litigation

                                    United States Department of
                                    Health and Human Services

                                    *Counsel for Defendant*


SO ORDERED this _____ day of _____, 2008.


                                    _____
                                    United States District Judge